IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

WILLIAM D. HAMBY, JR.         )
          )
     Plaintiff,         )
          )     NO. 1:24-cv-00101
v.          )
          )     JUDGE CAMPBELL
DAMON HININGER, et al.,      )     MAGISTRATE JUDGE HOLMES
          )
     Defendants.       )

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 44), recommending Plaintiff's motions seeking preliminary injunctive relief (Doc. Nos. 34, 35) be denied.[1] The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. No objections to the Report and Recommendation have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 44) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Plaintiff's motion for preliminary injunction (Doc. No. 34) and motion to "cease and dissist (sic)" (Doc. No. 35) are **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] One of the issues raised by Plaintiff in these motions was the alleged confiscation of his legal papers. The Magistrate Judge issued a separate order addressing this issue. (Doc. No. 45). Plaintiff now has copies of the relevant legal filings. (*See* Doc. Nos. 51, 52).